**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**JIANG HONG-YING** **CASE NO. 6:26-cv-03116**

**VERSUS** **JUDGE JERRY EDWARDS, JR.**

**SCOTT LADWIG ET AL** **MAGISTRATE JUDGE LEBLANC**

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Jiang Hong-Ying ("Petitioner") an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, **THE CLERK IS DIRECTED** to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

**IT IS ORDERED** that a response to the Petition be filed within 28 days after electronic service of the Petition and this Order, with supporting summary judgment evidence.

**IT IS FURTHER ORDERED** that Petitioner shall have 7 days to reply. After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

**IT IS FURTHER ORDERED** that Peitioner's Motion to Set Briefing Schedule [Doc. 3] is **GRANTED** as set forth herein.

**SO ORDERED** at Lake Charles, Louisiana, this 28th day of August, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**